UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
                                :
TRACY CATAPANO-FOX,              :
                                :
                    Plaintiff,    :
                                  :
               v.                     :
                                  :
CITY OF NEW YORK, *et al.*,       :
                                  :
                  Defendants. :
                                  :
-----------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 31, 2014

14 Civ. 8036 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

        The initial conference scheduled for January 8, 2015, is hereby

adjourned *sine die*.

        SO ORDERED.

Dated:       December 31, 2014
                New York, New York

_____
        KATHERINE POLK FAILLA
        United States District Judge