**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

TRACY CATAPANO-FOX,              :

              Plaintiff,    :

                              :    Civil Action No.: 14 Civ. 8036(KPF)

       v.                 :    **DECLARATION**

THE CITY OF NEW YORK; RICHARD    :
EMERY, in his personal and professional
capacities; and BISHOP MITCHELL TAYLOR,    :
in his personal and professional capacities,

                              :

              Defendants.   :
-----------------------------------------------------------------X

Michael J. Willemin, for his declaration pursuant to 28 U.S.C. §1746, states:

1.     I am a member of the bar of this Court and an Associate at Wigdor LLP, attorneys for Plaintiff Tracy Catapano-Fox. As such, I am fully familiar with the matters set forth herein, and make this declaration in support of Plaintiff's opposition to Defendants' motion to dismiss.

2.     Attached hereto as **Exhibit A** is a true and correct copy of the Amended Complaint, filed on January 9, 2015.

3.     Attached hereto as **Exhibit B** is a true and correct copy of a December 9, 2014 Letter from Donna A. Canfield to the Court.

Dated: March 6, 2015
       New York, New York

                                  Michael J. Willemin